IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 06-127M-X |
| | ) |
| CHAD JAMES SMUHL, | ) |
| | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the charge against defendant Chad James Smuhl.  The defendant was arrested in Canada and is currently pending extradition by state authorities.

Dated this 3rd day of September, 2008.

Respectfully submitted,

ERIK C. PETERSON
United States Attorney

By:    */s/*
*JOHN W. VAUDREUIL*
*Assistant U. S. Attorney*
*Chief of Criminal Division*

Leave of court is granted for the filing of the foregoing dismissal.

/s/
_____
STEPHEN L. CROCKER
United States Magistrate Judge

Dated: 09/03/2008